Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. GLENN HOLLINGSWORTH**      Docket No. 00-00003-001 ERIE

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Glenn Hollingsworth, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 14th day of August 2000, who fixed the period of supervision at four years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.
- The defendant shall refrain from the unlawful use of a controlled substance.
- The defendant shall not possess a controlled substance. Supervised release must be revoked for possession of illegal drugs.
- The defendant shall participate in a program of testing and, if necessary, treatment for substance abuse, as directed by the probation officer. Further, the defendant shall be required to contribute to the costs of services for any such treatment in an amount determined by the probation officer, but not to exceed the actual costs.
- The defendant shall submit to one drug test within 15 days of placement on supervised release and at least two periodic drug tests thereafter.
- The defendant shall pay a special assessment of $100.

<u>08-14-00</u>:    Possession With Intent to Distribute in Excess of 5 Grams of Cocaine Base; Sentenced to 41 months' custody of the Bureau of Prisons, to be followed by 4 years' supervised release.
<u>12-12-03</u>:    Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following conditions of supervised release:

**The defendant shall not commit another federal, state, or local crime.**

**The defendant shall not possess a controlled substance. Supervised release must be revoked for possession of illegal drugs.**

U.S.A. vs. Glenn Hollingsworth
Docket No. 00-00003-001 Erie
Page 2

On May 17, 2005, Glenn Hollingsworth was indicted by a federal grand jury, sitting in the Western District of Pennsylvania, Erie, Pennsylvania, with violation of 21 U.S.C. § 841, Possession With Intent to Distribute More Than 50 Grams of Cocaine Base. On May 20, 2005, Mr. Hollingsworth was arrested by agents of the EAGLE (Erie Area Gang Law Enforcement) Task Force. On December 6, 2005, Mr. Hollingsworth pled guilty to Possession With Intent to Distribute More Than 50 Grams of Cocaine Base. Sentencing has been set for March 14, 2006, at 10 a.m.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom B, U.S. Courthouse, Erie, Pennsylvania, with legal counsel on _January 23_ at _2:00 P.M._ 2006 to show cause why supervision should not be revoked.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _19th_ day of _Dec._, 20_05_ and ordered filed and made a part of the records in the above case. | Executed on _12-13-05_ |
| _Maurice B. Cohill, Jr._ | _/s/ David J. Conde_ |
| Senior U.S. District Judge | David J. Conde<br>U.S. Probation Officer |
|  | _/s/ Gerald R. Buban_ |
|  | Gerald R. Buban<br>Supervising U.S. Probation Officer |
|  | Place: Erie, PA |