**United States District Court**
*Western District of Pennsylvania*
*Room B-250*
*17 South Park Row*
*Erie, PA 16501*

*Chambers of*
**Judge Maurice B. Cohill**

*Telephone: 814-464-9620*
*FAX: 814-464-9627*

*January 4, 2006*

*John J. Trucilla, AUSA*

*William F. Scarpitti, Esquire*

*Thomas W. Patton, AFPD*

*Glenn Hollingsworth*

*U.S. Marshal*

*Probation Office*

      Re:    *United States of America v. Glenn Hollingsworth*
                 *Criminal No. 00-3E*

Dear Counsel:

      *Please be advised that the Show Cause Hearing scheduled in the above captioned matter for Monday, January 23, 2006 at 2:00 p.m. is hereby* **RE-SCHEDULED** *for Tuesday, March 14, 2006 at 10:00 a.m. Presence of the defendant at this proceeding is required. Mark your calendars accordingly.*

      *If you have any questions regarding this matter, please contact me as soon as possible.*

*Very truly yours,*

*John J. Galovich, Deputy Clerk*
*to Judge Maurice B. Cohill*