**SCANNED**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          )
                                  )
            v.                    )  Criminal No. 00-3 Erie
                                  )
GLENN HOLLINGSWORTH, JR.          )

## ORDER APPOINTING
## FEDERAL PUBLIC DEFENDER

AND NOW, this __17th__ day of January, 2006, the Court, having received a Financial Affidavit completed under the penalty of perjury by the above-named individual; the Court being satisfied that the above named individual is financially unable to obtain counsel and said individual not having waived the appointment of counsel;

IT IS ORDERED that the FEDERAL PUBLIC DEFENDER, 1111 Renaissance Centre, 1001 State Street, Erie, Pennsylvania 16501, telephone number (814) 455-8089, is hereby appointed to represent the defendant in all matters pertaining to this supervised release revocation action.

PRIMARY COUNSEL:    Thomas W. Patton
                    Assistant Federal Public Defender
                    PA State ID #88653


_____
MAURICE B. COHILL, JR.
Senior United States District Judge

N:\WPDATA\WPDOCS\CURRENT\Hollingsworth, Glenn\APPOINTsr.ORD.wpd