# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S.A.

vs.

Glen Hollingsworth

Defendants

CR 00-3 Erie
CR 05-23 Erie

HEARING ON: Sentencing + Supervised Release Violation
Before: Judge Cohill

AUSA Marshall Piccinini — Appear for Plaintiff
AFPD Thomas Patton — Appear for Defendant

Hearing Begun: 10:00  3/14/06
Hrg concluded C.A.V.: 10:25  3/14/06
Hrg Adjourned to: —
Stenographer: Sandra Blake

## WITNESSES
For Plaintiff / For Defendant

Current Offense: O.L. 29, Cat. III, Range 120-135 mo; S.R. 5 yrs; Fine $15,000 - $4,000,000; S.A. $100

S.R. Violation: Grade A Violation, Cat. II, Range 15-21 mo.

Sentence Imposed: 120 mo to be followed by 21 mo. imprisonment on S.R. Violation; 5 yrs S.R.; Fine Waived; $100 S.A.; Special Conditions

(∆ obj. to DNA collection — overruled)