AO 245D   (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Western District of Pennsylvania

UNITED STATES OF AMERICA
V.

GLENN HOLLINGSWORTH

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: CR 00-00003E-001
USM Number: 20019-068

Thomas W. Patton, AFPD
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  Conditions listed below  of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | Violation of condition that the defendant shall not commit another federal, state, or local crime. | December 15, 2004 |
| Special Condition | Violation of condition that the defendant shall not possess a controlled substance. Supervised release must be revoked for possession of illegal drugs. | December 15, 2004 |

The defendant is sentenced as provided in page __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:  N/A
Defendant's Date of Birth:  N/A

Defendant's Residence Address:
N/A

Defendant's Mailing Address:
N/A

March 14, 2006
Date of Imposition of Judgment

*/s/ Maurice B. Cohill, Jr.*
Signature of Judge

Maurice B. Cohill, Jr., United States District Judge
Name and Title of Judge

3/16/06
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: | GLENN HOLLINGSWORTH |
| CASE NUMBER: | CR 00-00003E-001 |

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:  twenty-one (21) months, said term to be served consecutive to the term of imprisonment of one hundred twenty (120) months imposed by this Court at Criminal No. 05-23E on March 14, 2006 in the United States District Court for the Western District of Pennsylvania.

☒ The court makes the following recommendations to the Bureau of Prisons:

*This man should have an intensive drug rehab program along with an educational / vocational program.*

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL